## Rothschild's Assigned Estate (No. 2).

OPINION BY RICE, P. J., July 13, 1911:

For the reasons given in the appeal of M. E. Towne Furniture Company, ante, p. 234, the decree is affirmed and the appeal dismissed at the costs of the appellant.